UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   Plaintiff,   v.   **Mary Eleanor ROMO**   Defendant. | Magistrate Case No._____   COMPLAINT FOR VIOLATION OF   Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien Without Presentation |

08 MJ 1433

The undersigned complainant being duly sworn states:

On or about **May 6, 2008**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **Mary Eleanor ROMO**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Esbeydi AGUILERA-Martinez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparragoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF MAY, 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Esbeydi AGUILERA-Martinez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 6, 2008, at approximately 0610 hours, **Mary Eleanor ROMO (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver and sole visible occupant of a white Dodge Grand Caravan. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant made two negative customs declarations and declared United States citizenship. The CBP officer conducted an inspection of the vehicle and discovered an individual concealed within the driver side rear quarter panel. The vehicle and occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed one female from a non-factory quarter panel compartment located within the driver side rear quarter panel. The compartment was located between the rear quarter panel plastic paneling cover and metal body of the vehicle. Removal of the interior bench seat and forced removal of the plastic paneling had to be applied to extract the concealed female. The concealed female was determined to be a citizen of Mexico without legal documents to enter the United States and is now identified as **Esbeydi AGUILERA-Martinez (Material Witness)**.

During a videotaped interview, Defendant was advised of her Miranda rights. Defendant acknowledged her rights and elected to answer questions without an attorney present. Defendant admitted knowledge of the concealed alien. Defendant admitted she was going to receive monetary compensation to pay for collection debts in exchange to smuggle the alien into the United States. Defendant stated she was to deliver the vehicle to a convenience store in San Ysidro, California.

During a separate videotaped interview, Material Witness declared she is a citizen of Mexico without legal rights or entitlements to enter the United States. Material Witness stated she was going to pay $2,700 USD to be smuggled into the United States. Material Witness stated she was en route to San Jose, California to visit relatives.